UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRY SPECIALTY VEHICLES INC.,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-07733-FLA (SSCx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

1   On October 2, 2025, Plaintiff Twin City Fire Insurance Company ("Plaintiff")
2   filed a Proof of Service, executed upon Defendant Andry Specialty Vehicles, Inc.
3   ("Defendant").  Dkt. 12.  The Proof of Service alleges Defendant's response was due
4   on October 20, 2025.  Defendant has not filed a response, and Plaintiff has taken no
5   further action.
6   Accordingly, the court ORDERS Plaintiff to show cause ("OSC"), in writing
7   within fourteen (14) days of this order, why the court should not dismiss this action
8   for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or
9   claim for failure to prosecute).  Failure to respond timely may result in dismissal of
10  this action without further notice.

12  IT IS SO ORDERED.

14  Dated: January 14, 2026

    _____
    FERNANDO L. AENLLE-ROCHA
    United States District Judge